**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| SELWYN KING, | : No. 29 MM 2022 |
| Petitioner | : |
| v. | : |
| HONORABLE TINA P. GARTLEY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Writ of Prohibition" and the Application for an Immediate Hearing are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption